■ In the Matter of Jeffrey S. Kaye, a Suspended Attorney. [755 NYS2d 233] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date

hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ.